# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE M. WEISWASSER,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHY MENDOZA-POWERS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:06-cv-00550-LJO-SMS PC<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 12) |

Plaintiff Lawrence M. Weiswasser ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 20, 2007, United States Magistrate Judge Sandra M. Snyder screened plaintiff's complaint, and ordered plaintiff to either file an amended complaint curing the deficiencies identified by the Court or notify the Court of his willingness to proceed only against defendant Rose. (Doc. 8.) On March 5, 2007, plaintiff filed a motion seeking reconsideration in which he asserted that he would like to proceed with his complaint against all the defendants he named or he would like to withdraw his complaint. (Doc. 10.) The undersigned denied plaintiff's motion for reconsideration on March 12, 2007, stating, "Plaintiff has set forth no grounds entitling him to reconsideration of the Magistrate Judge's order. Plaintiff may either amend his complaint or proceed on his original complaint against defendant Rose only. In the alternative, plaintiff has the right to voluntarily dismiss this action if he so chooses." (Doc. 11.) On March 22, 2007, plaintiff filed a response in which he states, "I move this Honorable Court to: 1. proceed with my case as in my original complaint; or 2. I withdraw my complaint voluntarily." (Doc. 12.)

1     "[U]nder Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action
2  prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial
3  Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v.
4  City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). "[A] dismissal under Rule 41(a)(1) is effective
5  on filing, no court order is required, the parties are left as though no action had been brought, the
6  defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at
7  1078.
8     Plaintiff is not entitled to proceed on his original complaint against all named defendants, and
9  plaintiff is unwilling to either file an amended complaint or agree to proceed only on the claim found
10 to be cognizable.  Accordingly, this Court must give effect to plaintiff's notice of voluntary
11 dismissal.
12    Therefore, the Clerk of the Court is HEREBY ORDERED to close the file in this case and
13 adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  (Doc. 12.)

15 IT IS SO ORDERED.

16 **Dated:    March 23, 2007**                    **/s/ Lawrence J. O'Neill**
   b9ed48                                           UNITED STATES DISTRICT JUDGE